## ASSIGNMENT OF CLAIMS

WHEREAS LONDON FINANCIAL CAPITAL LLC, a Texas Limited Liability Company, is a beneficiary of the attached SUB FEE DISTRIBUTION AGREEMENT dated December 15, 2008, and the Master Fee Protection Agreements dated on or about September 20, 2008, referenced in said SUB FEE DISTRIBUTION AGREEMENT;

WHEREAS said SUB FEE DISTRIBUTION AGREEMENT entitles LONDON FINANCIAL CAPITAL LLC to certain consulting fees resulting from MDM OIL LTD.'s consulting fees resulting from the sale of certain petroleum products from GAZPROM and NIB PETROLEUM to UNITED PETROLEUM/BIRLESIK PETROL A.S. pursuant to The Purchase and Sales Agreement also referenced in the said SUB FEE DISTRIBUTION AGREEMENT;

WHEREAS said fees have not been paid to LONDON FINANCIAL CAPITAL LLC, and LONDON FINANCIAL CAPITAL LLC seeks to recover the monies presently due and owing to it in the premises;

Now, Therefore, LONDON FINANCIAL CAPITAL LLC hereby assigns any and all claims, causes of action, rights, interests or remedy of any type in regard to any or all of the foregoing matters to CJN, LLC and agrees to become a member of CJN, LLC under the terms of the attached Operating Agreement, having the a right to a 20 percent share of the net proceeds of any recovery made by CJN, LLC upon any action, lawsuit or other method of collection of monies owed under the aforesaid agreements.

LONDON FINANCIAL CAPITAL LLC hereby authorizes CJN, LLC to take whatever action, in its sole discretion, it deems necessary or appropriate to effectuate recovery of monies owed LONDON FINANCIAL CAPITAL LLC under the aforesaid Agreements.

LONDON FINANCIAL CAPITAL LLC hereby acknowledges and accepts that CJN, LLC has retained legal counsel to pursue litigation on its behalf. Further, LONDON FINANCIAL CAPITAL LLC has been made aware and accepted the terms of the attorney engagement, specifically that, legal counsel has been retained on a contingent basis and the agreed upon fee structure of that retention entitles said counsel to 30% (thirty percent) of all monies recovered from any source. In addition Assignor hereby further consents to reimburse Attorney for costs advanced, in the event of any recovery, based upon the following formula;

    a. If monies in excess of $2,000,000 (TWO MILLION UNITED STATES DOLLARS) are recovered, Attorney shall receive 2 times costs advanced before any funds are distributed to Client and before calculating Attorney's fee;
    b. If monies in excess of $5,000,000 (FIVE MILLION UNITED STATES DOLLARS) are recovered, attorney shall receive 4 times costs advanced before any funds are distributed to Client and before calculating Attorney's fee;

c. If monies in excess of $10,000,000 (10 MILLION UNITED STATES DOLLARS) are recovered, attorney shall receive 6 times costs advanced before any funds are distributed to Client and before calculating Attorney's fee;
d. If monies in excess of $20,000,000 (TWENTY MILLION UNITED STATES DOLLARS) are recovered, attorney shall receive 8 times costs advanced before any funds are distributed to Client and before calculating Attorney's fee;
e. If monies in excess of $30,000,000 (THIRTY MILLION UNITED STATES DOLLARS) are recovered, attorney shall receive 10 times costs advanced before any funds are distributed to Client and before calculating Attorney's fee.

Said costs shall be reimbursed to Attorney before CJN LLC distributes any proceeds to any beneficiary.

This Assignment shall be governed by the terms of the attached Operating Agreement also this day signed by CJN LLC. The signature of any authorized representative of LONDON FINANCIAL CAPITAL LLC on this ASSIGNMENT shall forever and irrevocably bind LONDON FINANCIAL CAPITAL LLC to the terms of this ASSIGNMENT.

Done as of this 15th day of June, 2010.

LONDON FINANCIAL CAPITAL LLC ("Assignor")

By: _____
Douglas Schulman, Its  CFO

STATE OF  Texas  )
                 ) ss:
COUNTY OF  Collin )

The undersigned, a notary public in and for the County of  Collin  and State of  Texas , certifies that Douglas Schulman, known to me to be the same person whose name is subscribed as the aforesaid authorized representative of LONDON FINANCIAL CAPITAL LLC, personally appeared before me this day and signed the within and forgoing Assignment instrument as his free and voluntary act and as the free and voluntary act of the said LONDON FINANCIAL CAPITAL LLC, for the uses and purposes therein set forth, and certified to the correctness of the signature.

Dated: May 23, 2014 (SEAL)

_____
Notary Public

GINGER STANCIL
MY COMMISSION EXPIRES
May 23, 2014