4683676/1

**Number** 420656

**DUPLICATE FOR THE FILE**

# Certificate of Incorporation

I hereby certify that

**MDM OIL LIMITED**

is this day incorporated under
the Companies Acts 1963 to 2005,
and that the company is limited.

Given under my hand at Dublin, this
**Thursday, the 25th day of May, 2006**

for Registrar of Companies

Certificate handed to/posted to*:     *Company Bureau Formations Limited*
*132 James'S Street*
*Dublin 8*

2 9 MAY 2006

BY COURIER

Signed: _____                    Date: _____

*Delete as appropriate



## CRO COMPANIES REGISTRATION OFFICE
## AN OIFIG UM CHLÁRÚ CUIDEACHTAÍ

**Application to incorporate a company**

Section 3 and 3A (inserted by section 101 Company Law Enforcement
Act 2001) Companies (Amendment) Act 1982
Section 5 Companies (Amendment) Act 1983
European Communities (Single-Member Private Limited
Companies) Regulations 1994
Sections 42 and 43, section 44 (other than subsection (2)) and
section 45 (other than subsections (3)(b) and (5)) Companies
(Amendment)(No. 2) Act 1999
Section 117 Stamp Duties Consolidation Act 1999
Companies Act 1990 (Form and Content of Documents
Delivered to Registrar) Regulations 2002

FE...A P.D. RECEIPT
R. O. ..LL NO.

**25 MAY 2006  4 6 8**
3676
COMPANIES REGISTRATION OFFICE

CRO receipt date stamp
Companies Acts 1963 to 2003

**Tick box if bond
is attached ☐**
*note seven*

Company Number *for official use*

4 2 0 6 5 6

# A1

Please complete using black typescript or BOLD CAPITALS, referring to explanatory notes

**Company name**
*in full  note one*

MDM OIL LIMITED

**Registered Office**
*note two*

19 LOWER BAGGOTT STREET
DUBLIN 2
CO. DUBLIN

**Memorandum**
*delivered by an agent*

Where a person as agent for the subscribers to the memorandum delivers the memorandum to the
Registrar of Companies, place a tick in the box below and give the agent's details.

Tick box ☐      Name
               Address

**Secretary details**

Please give details below of the person who has consented in writing to become secretary.

Surname | HORAN | Former Surname |
Forename | PAULA | Former Forename |
*note three* | | *note four* |

Residential address
*note three*

85, Castlefarm
Shankill
DUBLIN CO. DUBLIN

Consent

I hereby consent to act as secretary of the aforementioned company and I acknowledge that as secretary I
have legal duties and obligations imposed by the Companies Acts.

Signature                           Date  13/5/06

**Presenter details**

Number | 265344 | (COMPANY) | Fé Phráinn | FP/228
Name | COMPANY BUREAU FORMATIONS LIMITED | |
Address | 132 JAMES'S STREET | |
| DUBLIN 8 | | C.R.O.
| DUBLIN CO. DUBLIN | | 25 MAY 2006
Telephone number | 01 646 1625 | Fax number | 01 646 1601
E-mail | PHORAN@CBF.IE | Reference | CBF | REGISTERED

**Director details**
*including shadow/alternate directors*

Please give details below of the persons who have consented in writing to become directors.
*note six*

| | |
|---|---|
| Surname | LAMBE |
| Forename *note three* | ANDREW |
| Former Surname | |
| Former Forename *note four* | |

| | |
|---|---|
| Date of birth | Day **27** Month **09** Year **1978** |
| Irish resident *note seven* | ☑ |

Residential address *note three*
55, Mount Prospect Drive
Clontarf
CO. DUBLIN

Business occupation: COMPANY DIRECTOR

Nationality: IRELAND

Alternate director *note eight* ☐

Full director appointing alternate director *note eight*

Other directorships

Consent

I hereby consent to act as director of the aforementioned company and I acknowledge that as director I have legal duties and obligations imposed by the Companies Acts, other enactments and at common law.

Signature

Date: 17/5/06

| | |
|---|---|
| Surname | HORAN |
| Forename *note three* | PAULA |
| Former Surname | |
| Former Forename *note four* | |

| | |
|---|---|
| Date of birth | Day **19** Month **12** Year **1967** |
| Irish resident *note seven* | ☑ |

Residential address *note three*
85, Castlefarm
Shankill
DUBLIN CO. DUBLIN

Business occupation: COMPANY DIRECTOR

Nationality: IRELAND

Alternate director *note eight* ☐

Full director appointing alternate director *note eight*

Other directorships

| Company *note eight* | Place of incorporation *note nine* | Company number |
|---|---|---|
| SEE ATTACHED | IRELAND | 0 |

Consent

I hereby consent to act as director of the aforementioned company and I acknowledge that as director I have legal duties and obligations imposed by the Companies Acts, other enactments and at common law.

Signature

Date: 17/5/06

**Subscribers to memorandum**
*note eleven*

Signature(s)

Subscriber ☑ Agent ☐
*Tick one box only*

Date: 17/5/06

12/5/06

| | | ☐ ✓ | ☐ | |
| --- | --- | --- | --- | --- |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

**Company capital and stamp duty statement**

*note twelve*

Total value authorised shares
€ 100,000.00

Total number authorised shares
100,000

made up as follows:

| Class of authorised shares | Number in each class | Value per share |
| --- | --- | --- |
| ORDINARY | 100,000 | € 1.00 |

Total value issued shares
€ 1,000.00

Total number issued shares
1,000

made up as follows:

| Class of shares issued | Number in each class | Consideration for each share *note thirteen* |
| --- | --- | --- |
| ORDINARY | 1,000 | € 1.00 |

**Declaration of compliance and
section 42(2) declaration**

*note fourteen*

I *name in bold capitals*　　　　　PAULA, HORAN

of *residential address*　　　　85, Castlefarm
Shankill
OUTSIDE IRELAND EU

do solemnly and sincerely declare that I am a　*note fifteen*

Director [✓]　　　　Secretary [ ]　　　　Solicitor engaged in the formation of the company [ ]

and that all the requirements of the Companies Acts 1963 to 2003 in respect of the registration of the said company, and of matters precedent and incidental thereto have been complied with and that Form A1 has been completed in accordance with the Notes on Completion of Form A1.

I further declare that the purpose, or one of the purposes, for which the company is being formed is the carrying on by it of an activity in the State and that it appears to me that either

(a) the activity can be classified in accordance with the relevant classification system as follows:

NACE Code　[31] - [20]
*note sixteen*

and that the general nature of the activity is　*note sixteen*

Manufacture of electricity distribution and control apparatus

or (b) that the activity cannot be so classified but is precisely described as follows:　*note seventeen*

I further declare that the place or places in the State where it is proposed to carry on the activity is/are　*note eighteen*

19 LOWER BAGGOTT STREET, DUBLIN 2, CO. DUBLIN

and that the place where the central administration of the company will normally be carried on will be　*note eighteen*

19 LOWER BAGGOTT STREET
DUBLIN 2

I further declare that this form, including the company capital and stamp duty statement which is required by section 117 Stamp Duties Consolidation Act 1999, has been fully and accurately completed.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Statutory Declarations Act 1938.

| Signature of declarant *name as at top of page* | Declared before me by *declarant's name in bold capitals or typescript* |
|---|---|
| | PAULA, HORAN |
| In the presence of *signature of witness* | who is personally [ ] known to me　or　who is identified [ ] to me by　*note fifteen* |
| Commissioner for oaths [✓]　Practising solicitor [ ] | who is personally known to me at　*note eighteen* |
| Notary public [ ]　Peace commissioner [ ] | *Dromtea Demetra* |
| Name of witness *in bold capitals or typescript* | *Lreom, Co. Doblin* |
| *Brendan Delaney* | This 19th day of May 20 06 |

# NOTES ON COMPLETION OF FORM A1
**These notes should be read in conjunction with the relevant legislation.**

| | |
|---|---|
| *General* | This form must be completed correctly, in full and in accordance with the following notes. Every section of the form must be completed. Where "not applicable", "nil" or "none" is appropriate, please state. Where €/_ appears, please insert/delete as appropriate. Where /_ applies, give the relevant currency, if not euro. Where the space provided on Form A1 is considered inadequate, the information should be presented on a continuation sheet in the same format as the relevant section in the form. The use of a continuation sheet must be so indicated in the relevant section. |
| *note one* | The proposed company name must be given in full and must correspond exactly with the company name given on the accompanying memorandum and articles of association. |
| *note two* | A full postal address in the State at which post is capable of being readily delivered by the postal service must be given. A P.O. Box will not suffice. |
| *note three* | Insert full name (initials will not suffice) and the usual residential address. Where the secretary is a firm, the name of the firm and registered address ought to be stated. Where a person is signing on behalf of a company which is the secretary, he/she should state that he/she is signing for and on behalf of the company which is acting as secretary. His/her name should be printed in bold capitals or typescript below the signature. |
| *note four* | Any former forename and surname must also be stated. However, it does not include the following: (a) in the case of a person usually known by a title different from his/her surname, the name by which he/she is known previous to the adoption of a succession to the title; (b) in the case of any person, a former forename or surname where the forename or surname was changed or disused before the person bearing the name attained the age of 18 years or has been changed or disused for a period of not less than 20 years; (c) in the case of a married woman, the name or surname by which she was known previous to her marriage. |
| *note five* | This section must be completed by the person who is presenting the application form to the Registrar. This may be either the applicant or a person on his/her behalf. The certificate of incorporation will be issued by hand or by registered post to the presenter. |
| *note six* | All company types must have a minimum of two directors.<br>Where a person who has consented to be a director of this company is currently disqualified under the law of another state from being appointed or acting as a director or secretary of a body corporate or undertaking, he/she must complete form B74 which must be submitted to CRO with Form A1. Otherwise he/she will be deemed to be disqualified from acting as a director of an Irish-registered company for the balance remaining of his/her foreign disqualification.<br>'Shadow director' means a person in accordance with whose directions or instructions the directors of a company are accustomed to act. |
| *note seven* | Every company must have at least one Irish-resident full director or a bond pursuant to s43(3) Companies (Amendment)(No.2) Act 1999. Note that an Irish-resident alternate director is not sufficent for the purposes of s43 of that Act. Place a tick in the "Irish resident" box if the director is resident in the State in accordance with s43 of the 1999 Act as defined by s44(8) and (9) of that Act. If no full director is so resident, a valid bond must be furnished with the application. (Note that "Irish resident" means resident in the Republic of Ireland.) For further information on the bond, see CRO's Information Leaflet No. 17. |
| *note eight* | Tick the box if the director appointed is an alternate/substitute director. Where the box is ticked, the name of the full director appointing the alternate/substitute director must also be inserted in the space provided. If the company s articles so permit and subject to compliance with those articles, a director may appoint a person to be an alternate/substitute director on his/her behalf. The appointment of any person to act as director is notifiable by a company to the CRO, regardless of how that appointment is described. The company is statutorily obliged to notify the CRO of the addition to and removal of each person from its register of directors. In the event that a full director who has appointed an alternate ceases to act as a director, the company is required to notify the CRO of the termination of appointment of the full director and his/her alternate. Note: CRO accepts no responsibility for maintaining the link between a full director and his/her alternate. |
| *note nine* | State the company name and number of other bodies corporate, whether incorporated in the State or elsewhere, of which the person is or has been director. Exceptions to this rule are made for bodies (a) of which the person has not been a director at any time during the past 10 years; (b) which the company is (or was at the relevant time) a wholly owned subsidiary; (c) which are (or were at the relevant time) wholly owned subsidiaries of the company. Pursuant to s45(1) Companies (Amendment)(No.2) Act 1999, a person shall not at a particular time be a director of more than 25 companies. However, under s45(3) of the Act, certain directorships are not reckoned for the purposes of s45(1). |
| *note ten* | Place of incorporation if outside the State. |
| *note eleven* | The subscribers in this section must correspond with the subscribers to the accompanying memorandum and articles of association except where an agent signs this section on behalf of the subscriber(s). Where the space is inadequate, the signatures must be presented on a continuation sheet in the same format as this section. |
| *note twelve* | Where applicable, the details must correspond exactly with the share details given in the accompanying memorandum and articles of association. Capital duty is also payable at the time of registration where the company is limited by shares and is charged at the rate of 1% on issued share capital subject to a minimum of €1. |
| *note thirteen* | Indicate cash or stock. |
| *note fourteen* | The statutory declaration is a declaration of compliance with all the legal requirements relating to the incorporation of a company. It must be signed by either a solicitor who is forming the company or the director or secretary in the presence of either a commissioner of oaths, notary public, solicitor or peace commissioner. As the declaration confirms that all other registration requirements have been completed, it must be signed after the form has been completed in full, and so the date of declaration must not predate the dates of other signatures which appear on the form and accompanying memorandum and articles of association. |
| *note fifteen* | Tick the relevant box. |

**note sixteen**    The NACE code is the common basis for statistical classifications of economic activities within the E.U. The code is available on www.cro.ie. The four digit NACE code and general nature of the activity must correspond with the proposed company's principal objective in the accompanying memorandum of association. Where there are two or more activities, give details of the principal activity in the State.

**note seventeen**    As all activities can be classified under the NACE code, it should rarely be necessary to complete (b).

**note eighteen**    Full postal address must be given. A P.O. Box will not suffice.

## Checklist

**Page 1**    Does the company name correspond exactly with that given on the accompanying memorandum and articles of association? ☐

If the memorandum is delivered by an agent, are the relevant details entered correctly? ☐

Is a full postal address in the State for the registered office given? ☐

Are the secretary's details given in full (in bold capitals/typescript)? ☐

Are the presenter's details given and is the postal address legible and correct? ☐

If a bond is attached, is the relevant box ticked? ☐

**Page 2**    Is there a minimum of two full directors and are their details, including their usual residential addresses, given in full (in bold capitals/typescript)? ☐

Where none of the full directors is Irish-resident, is a bond attached and does it meet the effective date requirements? See CRO Information Leaflet 17. ☐

Where appropriate, is Form B74 (Statement of Director's Disqualifications) attached? ☐

**Page 3**    Does the number of subscribers correspond with that on the accompanying memorandum and articles of association? ☐

Where applicable, is the capital duty statement completed in full and do the details correspond with the share capital details in the accompanying memorandum and articles of association? ☐

**Page 4**    Is the correct NACE code applied and does it correspond with the description of the general nature of the activity and the main object in the accompanying memorandum of association? ☐

Are full postal addresses for the place(s) of activity and central administration given? ☐

Is the statutory declaration completed in full and does the declaration date not precede all other dates given on Form A1 and the accompanying memorandum and articles of association? ☐

**General**    Are all signatures and dates given where requested? ☐

Are the accompanying memorandum and articles of association completed in full and are full details of occupations and addresses given for the subscribers and witness? ☐

Where the company is limited by shares, is the capital duty, at a rate of 1% on the issued share capital, at a minimum of €1, paid with the prescribed fee accompanying the form? ☐

## Further information

**Changes**    After registration, you must notify the CRO of any changes to the registered company details. The following forms are the principal ones completed and submitted to the CRO (for the full list go to www.cro.ie):

B2 - Notice of change in the situation of the registered office
B3 - Notice of the places where the register of members, register of debenture holders, register of directors' and secretary's interests in shares and debentures, and directors' service contracts/memoranda are kept
B4/G1 - Notice of increase in authorised capital
B5 - Return of allotments (increase in issued share capital)
B10 - Notice of change of directors or secretaries or in their particulars
B67 - Section 44 certificate
B69 - Statutory declaration that person has ceased to act as secretary/director
B70 - Notification of death of director/secretary
G1Q/G1 - Change of company name
D1/D4/D6/D12/M1/M2 - Re-registration of company status

**CRO address**    When you have completed and signed the form, please send with the prescribed fee to the Registrar of Companies at:
Parnell House, 14 Parnell Square, Dublin 1
DX 145001 Parnell House

**Payment**    If paying by cheque, postal order or bank draft, please make the fee payable to the Companies Registration Office. Cheques or bankdrafts must be drawn on a bank in the Republic of Ireland.

**Please carefully study the explanatory notes overleaf. A Form A1 that is not completed correctly or is not accompanied by the correct documents or fee is liable to be rejected and returned to the presenter by the CRO.**

**FURTHER INFORMATION ON COMPLETION OF FORM A1, INCLUDING THE PRESCRIBED FEE, IS AVAILABLE FROM INFORMATION LEAFLET NO. 1, "COMPANY INCORPORATION", FROM www.cro.ie OR BY E-MAIL info@cro.ie**

PAULA HORAN – DIRECTORSHIPS

| | NAME | CO. NUMBER |
|---|---|---|
| 1. | ALAPSIL TECHNOLOGIES LIMITED | 355422 |
| 2. | CANTORBIER LIMITED | 355421 |
| 3. | CASH TECHNOLOGIES IRELAND LIMITED | 352101 |
| 4. | AZTEC CHEMICAL INDUSTRIES LIMITED | 351861 |
| 5. | COMPANY BUREAU FORMATIONS LIMITED | 365244 |
| 6. | COMPANY FORMATIONS BUREAU LIMITED | 327453 |
| 7. | COMPANY INCORPORATIONS BUREAU LIMITED | 327453 |
| 8. | D.M. WASTLE SOLUTIONS LIMITED | 349606 |
| 9. | ACCESS CAR RENTALS LIMITED | 300181 |
| 10. | CONTEXT DESIGN & VISUALISATION LIMITED | 310647 |
| 11. | CORK GAS LIMITED | 310960 |
| 12. | DAYGLO LIMITED | 314832 |
| 13. | CLUB GOLF GAMES LIMITED | 346509 |
| 14. | CBF SECRETARIAL LIMITED | 332692 |
| 15. | CORNCASTLE LIMITED | 332692 |
| 16. | 2 LET LIMITED | 327692 |

ANDREW LAMBE – DIRECTORSHIPS

| | NAME | CO. NUMBER |
|---|---|---|
| 1. | COMPANY BUREAU FORMATIONS LIMITED | 365244 |

# Companies Registration Office

**Annual return**

Sections 125, 127, 128 Companies Act 1963
Section 7 Companies (Amendment) Act 1986
Section 26 Electoral Act 1997
Sections 43, 44 Companies (Amendment)(No. 2) Act 1999
Section 249A Companies Act 1990 (inserted by section
107 Company Law Enforcement Act 2001)
Companies Act 1990 (Form and Content of Documents
Delivered to Registrar) Regulations 2002

FEE PAID RECEIPT
IN FULL No.

**24 NOV 2006   4 9 3** 4947

COMPANIES REGISTRATION OFFICE    Acts 1963 to 2003

# B1

**Tick box if bond is attached** ☐
*note sixteen*

**Company number**   4 2 9 0 3 6

Please complete using black typescript or **BOLD CAPITALS**, referring to explanatory notes

**Company name** *in full*    MDM OIL LIMITED    Limited

**Return made up to** *note one*

| Day | Month | Year |
|-----|-------|------|
| 1 3 | 1 0 | 2 0 0 6 |

If the return is made up to a date earlier than the existing ARD, do you wish to retain the anniversary of the existing ARD for next year? *note two*    Yes ☐   No ☑

**Financial year** *note three*

| | Day | Month | Year | | Day | Month | Year |
|---|-----|-------|------|---|-----|-------|------|
| From | | | | To | | | |

The company is claiming the exemption from audit in respect of the financial year covered by the accounts attached to this return. ☐

**Registered office** *note four*    NO 19 LOWER BAGGOTT STREET   DUBLIN 2

**Other addresses** *note five*

| Address | Register(s)/documents held at this address |
|---------|--------------------------------------------|
| | |

**Secretary**

Surname   DOYLE    Former surname
Forename   TIM    Former forename *note seven*

Residential address *note six*   46 LEOPARDSTOWN DRIVE  22 NOV 2006   BLACKROCK  CO. DUBLIN

**Donations for political purposes** *note eight*

| Name of person or political party to whom donation was made | Value of donation €/. |
|-------------------------------------------------------------|-----------------------|
| | |

**Presenter details**   Person to whom queries can be addressed

Name   GEORGE FRISBY
Address   5 MAIN STREET  LUCAN   CO. DUBLIN

DX number   |   DX exchange
Telephone number   01 628 1874   |   Fax number
E-mail   |   Reference number

**Authorised share capital** *note nine*

Total
€ __ 1000 euro __ made up as follows:

| Class | Number of shares | Nominal value per share €/__ |
|-------|------------------|------------------------------|
| ORDINARY | 1000 | 0.001 |
| | | |
| | | |
| | | |
| | | |

**Issued share capital**
*(Insert nominal values)*

Total
€/__ made up as follows:

| | | |
|---|---|---|
| Paid up on shares issued for cash | €/__ | |
| Considered paid on other shares | €/__ | |
| Total calls unpaid | €/__ | (E) |
| Total not yet called | €/__ | (F) |

} The sum of these figures must equal the total issued share capital.

Total standing to credit of Capital Conversion Reserve Fund *note ten*     €/__

**Shares issued**

*Consideration – all cash*

| Class | Number of shares | Total nominal value €/__ | Total premium paid €/__ | Total amount paid €/__ |
|-------|------------------|--------------------------|-------------------------|------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | (A) | | | (C) |

*Consideration – not all cash*

| Class | Number of shares | Total nominal value €/__ | Total premium considered paid €/__ | Total amount considered paid €/__ |
|-------|------------------|--------------------------|------------------------------------|------------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | (B) | | | (D) |

*Totals*

Total number of shares issued (A) + (B)

This total must agree with the total number of shares held by existing members as stated in the List of past and present members section of the return.

Total paid and unpaid and considered paid
(C) + (D) + (E) + (F)     €/__

**Other share/ debenture details** *note eleven*

| |
|---|
| |
| |
| |
| |
| |

Persons holding shares on the date to which the annual return has been made up for 20 0 6 _____ (insert year) and of persons who have held shares therein at any time since the date of the last return, or in the case of the first return, the date of incorporation of the company. *note twelve*

☐ Tick box if the list of past and present members is submitted on CD.

*notes six and thirteen*

| | Share class | Numbers held *note fourteen* | Number transferred & date *note fifteen* | Particulars of transferee *note fifteen* |
|---|---|---|---|---|
| Name | LIZEIIE MURRAY | OROY | 400 | | |
| Address | 22 SMITHFIELD | | | | |
| | VILLAGE. | | | | |
| | BOW LANE | | | | |
| | DUBLIN 7. | | | | |
| Folio no. | | | | | |
| Name | TIM DOYLE | OROY | 600. | | |
| Address | 46 LEOPARDSTOWN | | | | |
| | DRIVE | | | | |
| | BLACKROCK. | | | | |
| | CO. DUBLIN | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |

**Total number held** 1 0 0 0

The total number of shares held must agree with the total number of issued shares given in the Shares issued section (total of (A) plus (B)).

**Directors**
*including shadow/alternate directors, if any*

| | | | | |
|---|---|---|---|---|
| Surname | MURRAY | | Former surname | |
| Forename *note six* | LIZETIE | | Former forename *note seven* | |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | 03 | 09 | 1972 | Irish resident *note sixteen* ☑ | Alternate director *note seventeen* ☐ |

Residential address: 22 SMITHFIELD VILLAGE. BOW LANE DUBLIN 7.

Business occupation: ADMINISTRATOR    Nationality: IRISH

Other directorships:

| Company *note eighteen* | Place of incorporation *note nineteen* | Company number |
|---|---|---|
| | | |

| | | | | |
|---|---|---|---|---|
| Surname | DOYLE | | Former surname | |
| Forename *note six* | TIM | | Former forename *note seven* | |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | 01 | 03 | 1989 | Irish resident *note sixteen* ☑ | Alternate director *note seventeen* ☐ |

Residential address *note six*: 46 LEOPARDSTOWN DRIVE BLACKROCK. CO DUBLIN

Business occupation: BUSINESS DEVELOPER    Nationality: IRISH

Other directorships:

| Company *note eighteen* | Place of incorporation *note nineteen* | Company number |
|---|---|---|
| | | |

| | | | | |
|---|---|---|---|---|
| Surname | | | Former surname | |
| Forename *note six* | | | Former forename *note seven* | |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | | | | Irish resident *note sixteen* ☐ | Alternate director *note seventeen* ☐ |

Residential address *note six*:

Business occupation:    Nationality:

Other directorships:

| Company *note eighteen* | Place of incorporation *note nineteen* | Company number |
|---|---|---|
| | | |

**Certification**

We hereby certify that (i) this form has been completed in accordance with the Notes on Completion of Form B1, (ii) contains the particulars in respect of the company as at the date to which the return is made up and that (iii) *note twenty*

The company is not a private company. ☐

The company is a private company and has not since the date of the last annual return (or the date of incorporation if this is the first return) issued any invitation to the public to subscribe for any shares or debentures in the company. ☑

The company is a private company with more than 50 members, the excess of the number of members over 50 consisting wholly of persons who, under section 33(1)(b) Companies Act 1963, are not included in reckoning the number of 50. ☐

Signed: *Lizelle Murray*
Director

*Tim Doyle*
Secretary

Name *in bold capitals or typescript*: LIZETIE MURRAY    TIM DOYLE

# Companies Registration Office

CRO receipt date stamp

**Annual Return**
Sections 125,127, 128 Companies Act 1963
Section 7 Companies (Amendment) Act 1986
Section 26 Electoral Act 1997
Sections 43,44 Companies (Amendment)(No. 2) Act 1999
Section 249A Companies Act 1990 (inserted by section
107 Company Law Enforcement Act 2001)
Companies Act 1990 (Form and Content of Documents
Delivered to Registrar) Regulations 2002



**3068989**

Companies Acts 1963 to 2003

**Tick box if bond is attached** ☐
note sixteen

**B1**

Company number
420656

FEE PAID IN FULL

Please complete using black typescript or in **BOLD CAPITALS**, referring to explanatory notes

**22 NOV 2007**

COMPANIES REG

| Company name | MDM Oil Limited |
| in full | |

**Return made up to**
note one

| Day | Month | Year |
|---|---|---|
| 25 | 11 | 2007 |

If the return is made up to a date earlier than the existing ARD, do you wish to retain the anniversary of the existing ARD for the next year? note two

Yes [X]  No ☐

**Financial year**
note three

| From | Day | Month | Year | To | Day | Month | Year |

The company is claiming the exemption from audit of the financial year covered by the accounts attached to this return ☐

**Registered office**
note four

19 Lower Baggot Street
Dublin 2

**Other addresses**
note five

| Address | Register(s)/documents held at this address |
|---|---|
| (None) | (None) |

**Secretary**

| Surname | Doyle | Former surname | (None) |
| Forename note six | Tim | Former forename note seven | (None) |
| Residential address note six | 46 Leopardstown Drive, Blackrock Co. Dublin | | |

**21 NOV 2007 RECEIVED**

**Donations for political purposes**
note eight

| Name of person or political party to whom donation was made | Value of donation |
|---|---|
| (None) | (None) |

**Presenter details**

| Name | Frisby Hurley & Company |
| Address | Unit 11 Woodview Court, Tandy's Lane Lucan Co. Dublin |
| DX number | |
| Telephone number | 01 6217050 |
| Email | gfrisby@frisbyhurley.com |

| DX exchange | |
| Fax number | 01 6277329 |
| Reference number | FHCO |

**List of past and present members**

Persons holding shares on the date to which the annual return has been made up for **2007** (insert year) and of persons who have held shares therein at any time since the date of the last return, or in the case of the first return, the date of the incorporation of the company. note twelve

☐ Tick box if the list of past and present members is submitted on CD.

notes six and thirteen

| | | Share class | Numbers held note fourteen | Number transferred & date note fifteen | Particulars of transferee note fifteen |
|---|---|---|---|---|---|
| Name | Tim Doyle | €1.00 Ordinary | 500 | | |
| Address | 45 Leopardstown Drive, | | | | |
| | Blackrock | | | | |
| | Co Dublin | | | | |
| Folio no. | 2 | | | | |
| Name | Lizelle Murray | €1.00 Ordinary | 400 | | |
| Address | 22 Smithfield Village | | | | |
| | Dublin 7 | | | | |
| Folio no. | 1 | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |

Total number held    **1,000**

The total number of shares held must agree with the total number of issued shares given in the Shares Issued section (total of (A) plus (B)).

| List of past and present members | Persons holding shares on the date to which the annual return has been made up for 2007 (insert year) and of persons who have held shares therein at any time since the date of the last return, or in the case of the first return, the date of the incorporation of the company. note twelve |
|---|---|

☐ Tick box if the list of past and present members is submitted on CD.

| notes six and thirteen | | Share class | Numbers held note fourteen | Number transferred & date note fifteen | Particulars of transferee note fifteen |
|---|---|---|---|---|---|
| Name | Tim Doyle | €1 00 Ordinary | 500 | | |
| Address | 45 Leopardstown Drive, | | | | |
| | Blackrock | | | | |
| | Co Dublin | | | | |
| Folio no. | 2 | | | | |
| Name | Lizelle Murray | €1 00 Ordinary | 400 | | |
| Address | 22 Smithfield Village | | | | |
| | Dublin 7 | | | | |
| Folio no. | 1 | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |

| Total number held | 1,000 | The total number of shares held must agree with the total number of issued shares given in the Shares issued section (total of (A) plus (B)). |
|---|---|---|

**Authorised share capital**

note nine

Total

| €1,000.00 |

made up as follows:

| Class | Number of shares | Nominal value per share |
|---|---|---|
| €1.00 Ordinary | 1,000 | €1.00 |
| | | |
| | | |
| | | |
| | | |

**Issued share capital**
(insert nominal values)

Total

| €1,000.00 |

made up as follows:

Paid up on shares issued for cash          €1,000.00
Considered paid on other shares          €0.00
Total calls unpaid          €0.00 (E)
Total not yet called          €0.00 (F)

} The sum of these figures must equal the total issued share capital

Total standing to credit of Capital Conversion Reserve Fund  note ten          €0.00

**Shares issued**

**Consideration - all cash**

| Class | Number of shares | Total nominal value | Total premium paid | Total amount paid |
|---|---|---|---|---|
| €1.00 Ordinary | 1,000 | €1,000.00 | €0.00 | €1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | 1,000 (A) | | | €1,000.00 (C) |

**Consideration - not all cash**

| Class | Number of shares | Total nominal value | Total premium considered paid | Total amount considered paid |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | 0 (B) | | | €0.00 (D) |

**Totals**

Total number of shares issued (A) + (B)          | 1,000 |

This total must agree with the total number of shares held by existing members as stated in the **List of past and present members** section of the return

Total paid and unpaid and considered paid (C) + (D) + (E) + (F)          | €1,000.00 |

**Other share/ debenture details**

note eleven

| (None) |
| |
| |
| |
| |

**Directors** including shadow/alternate directors, if any

| Surname | Doyle | Former surname | (None) |
|---|---|---|---|
| Forename note six | Tim | Former forename note seven | (None) |

| | Day | Month | Year | | | |
|---|---|---|---|---|---|---|
| Date of birth | 1 | 3 | 1969 | Irish resident note sixteen | X | Alternate Director note seventeen ☐ |

Residential address note six: 46 Leopardstown Drive, Blackrock Co. Dublin

| Business occupation | Director | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

---

| Surname | Kehoe | Former surname | (None) |
|---|---|---|---|
| Forename note six | Michael | Former forename note seven | (None) |

| | Day | Month | Year | | | |
|---|---|---|---|---|---|---|
| Date of birth | 26 | 8 | 1968 | Irish resident note sixteen | X | Alternate Director note seventeen ☐ |

Residential address note six: 4 Luttrellstown Oaks, Castleknock Dublin 15

| Business occupation | Director | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| (None) | | |

---

| Surname | Murray | Former surname | (None) |
|---|---|---|---|
| Forename note six | Lizelle | Former forename note seven | (None) |

| | Day | Month | Year | | | |
|---|---|---|---|---|---|---|
| Date of birth | 5 | 9 | 1972 | Irish resident note sixteen | X | Alternate Director note seventeen ☐ |

Residential address note six: 22 Smithfield Village Dublin 7

| Business occupation | Administrator | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

---

**Certification**

We hereby certify that (i) this form has been completed in accordance with the Notes on Completion of Form B1, (ii) contains the particulars in respect of the company as at the date to which the return is made up and that (iii) note twenty

The Company is not a private company.  ☐

The company is a private company and has not since the date of the last annual return (or the date of incorporation if this is the first return) issued any invitation to the public to subscribe for any shares or debentures in the company.  ☒

The company is a private company with more than 50 members, the excess of the number of members over 50 consisting wholly of persons who, under section 33 (1) (b) of the Companies Act 1963, are not to be included in reckoning the number of 50.  ☐

| Signed | *Lizelle Murray* | *Tim Doyle* |
|---|---|---|
| | Director | Secretary |

| Name in bold capitals or typescript | Lizelle Murray | Tim Doyle |
|---|---|---|

# Companies Registration Office

CRO receipt date stamp

**Annual Return**
Sections 125,127, 128 Companies Act 1963
Section 7 Companies (Amendment) Act 1986
Section 26 Electoral Act 1997
Sections 43,44 Companies (Amendment)(No. 2) Act 1999
Section 249A Companies Act 1990 (inserted by section
107 Company Law Enforcement Act 2001)
Companies Act 1990 (Form and Content of Documents
Delivered to Registrar) Regulations 2002



**3188449**

Companies Acts 1963 to 2003

**B1**

| Tick box if bond is attached ☐ | Company number |
|---|---|
| note sixteen | 420656 |

**Please complete using black typescript or in BOLD CAPITALS, referring to explanatory notes**

| Company name | MDM Oil Limited |
|---|---|
| in full | |

| Return made up to | Day 31 | Month 3 | Year 2008 |
|---|---|---|---|
| note one | | | |

**If the return is made up to a date earlier than the existing ARD, do you wish to retain the anniversary of the existing ARD for the next year?** note two   Yes [X]   No ☐

| Financial year | From | Day 25 | Month 5 | Year 2006 | To | Day 25 | Month 11 | Year 2007 |
|---|---|---|---|---|---|---|---|---|
| note three | | | | | | | | |

The company is claiming the exemption from audit of the financial year covered by the accounts attached to this return   ☐

| Registered office | 19 Lower Baggot Street |
|---|---|
| note four | Dublin 2 |

CRO CARLOW
-1 APR 2008
RECEIVED

| Other addresses | Address | Register(s)/documents held at this address |
|---|---|---|
| note five | (None) | (None) |

| Secretary | | |
|---|---|---|
| Surname | Doyle | Former surname |
| Forename | Tim | Former forename |
| note six | | note seven |
| Residential address | 46 Leopardstown Drive, Blackrock | |
| note six | Co. Dublin | |

FEE PAID   RECEIPT
IN FULL   No.
**- 1 APR 2008**
COMPANIES REGISTRATION OFFICE

| Donations for political purposes | Name of person or political party to whom donation was made | Value of donation |
|---|---|---|
| note eight | (None) | (None) |

CRO CARLOW
2 0 MAR 2008

| Presenter details | |
|---|---|
| Name | Frisby Hurley & Company |
| Address | Unit 11 Woodview Court, Tandy's Lane |
| | Lucan Co. Dublin |
| DX number | |
| Telephone number | 01 6217050 | DX exchange |
| | | Fax number   01 6211329 |
| Email | gfrisby@frisbyhurley.com | Reference number   FHCO |



**Authorised share capital**

*note nine*

Total

| €1,000.00 |

made up as follows:

| Class | Number of shares | Nominal value per share |
|---|---|---|
| €1.00 Ordinary | 1,000 | €1.00 |

**Issued share capital** (insert nominal values)

Total

| €1,000.00 |

made up as follows:

| | |
|---|---|
| Paid up on shares issued for cash | €1,000.00 |
| Considered paid on other shares | €0.00 |
| Total calls unpaid | €0.00 (E) |
| Total not yet called | €0.00 (F) |

} The sum of these figures must equal the total issued share capital

Total standing to credit of Capital Conversion Reserve Fund  *note ten*

| €0.00 |

**Shares issued**

**Consideration - all cash**

| Class | Number of shares | Total nominal value | Total premium paid | Total amount paid |
|---|---|---|---|---|
| €1.00 Ordinary | 1,000 | €1,000.00 | €0.00 | €1,000.00 |
| Totals | 1,000 (A) | | | €1,000.00 (C) |

**Consideration - not all cash**

| Class | Number of shares | Total nominal value | Total premium considered paid | Total amount considered paid |
|---|---|---|---|---|
| Totals | 0 (B) | | | €0.00 (D) |

**Totals**

Total number of shares issued (A) + (B)

| 1,000 |

This total must agree with the total number of shares held by existing members as stated in the **List of past and present members** section of the return.

Total paid and unpaid and considered paid (C) + (D) + (E) + (F)

| €1,000.00 |

**Other share/ debenture details**

*note eleven*

| (None) | CARLOW |
|---|---|
| | 2 0 MAR 2008 |

RECEIVED

| List of past and present members | Persons holding shares on the date to which the annual return has been made up for 2008 (insert year) and of persons who have held shares therein at any time since the date of the last return, or in the case of the first return, the date of the incorporation of the company. note twelve |
|---|---|

☐ Tick box if the list of past and present members is submitted on CD.

notes six and thirteen

| | | Share class | Numbers held note fourteen | Number transferred & date note fifteen | Particulars of transferee note fifteen |
|---|---|---|---|---|---|
| Name | Tim Doyle | €1 00 Ordinary | 600 | | |
| Address | 46 Leopardstown Drive, | | | | |
| | Blackrock | | | | |
| | Co. Dublin | | | | |
| Folio no. | 2 | | | | |
| Name | Lizzile Murray | €1 00 Ordinary | 400 | | |
| Address | 22 Smithfield Village | | | | |
| | Dublin 7 | | | | |
| Folio no. | 1 | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |

Total number held  1,000   The total number of shares held must agree with the total number of issued shares given in the Shares issued section (total of (A) plus (B)).

**Directors including shadow/alternate directors, if any**

| | | | |
|---|---|---|---|
| Surname | Doyle | Former surname | (None) |
| Forename note six | Tim | Former forename note seven | (None) |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | 1 | 3 | 1969 | Irish resident note sixteen [X] | Alternate Director note seventeen [ ] |

Residential address note six: 46 Leopardstown Drive, Blackrock Co. Dublin

| Business occupation | Director | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

| | | | |
|---|---|---|---|
| Surname | Kehoe | Former surname | (None) |
| Forename note six | Michael | Former forename note seven | (N:ne) |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | 26 | 8 | 1968 | Irish resident note sixteen [X] | Alternate Director note seventeen [ ] |

Residential address note six: 4 Luttrellstown Oaks, Castleknock Dublin 15

| Business occupation | Director | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| (None) | | |

| | | | |
|---|---|---|---|
| Surname | Murray | Former surname | (None) |
| Forename note six | Lizelle | Former forename note seven | (None) |

| | Day | Month | Year | | |
|---|---|---|---|---|---|
| Date of birth | 5 | 9 | 1972 | Irish resident note sixteen [X] | Alternate Director note seventeen [ ] |

Residential address note six: 22 Smithfield Village Dublin 7

| Business occupation | Administrator | Nationality | Irish |
|---|---|---|---|

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

**Certification**

We hereby certify that (i) this form has been completed in accordance with the Notes on Completion of Form B1, (ii) contains the particulars in respect of the company as at the date to which the return is made up and that (iii) note twenty

The Company is not a private company.    [ ]

The company is a private company and has not since the date of the last annual return (or the date of incorporation if this is the first return) issued any invitation to the public to subscribe for any shares or debentures in the company.    [X]

The company is a private company with more than 50 members, the excess of the number of members over 50 consisting wholly of persons who, under section 33 (1) (b) of the Companies Act 1963, are not to be included in reckoning the number of 50.    [ ]

Signed *Lizelle Murray* .    *Tim Doyle*
Director    Secretary

| Name in bold capitals or typescript | Lizelle Murray | Tim Doyle |
|---|---|---|

# Companies Registration Office

CRO receipt date stamp

**Annual Return**
Sections 125,127, 128 Companies Act 1963
Section 7 Companies (Amendment) Act 1986
Section 26 Electoral Act 1997
Sections 43,44 Companies (Amendment)(No. 2) Act 1999
Section 249A Companies Act 1990 (inserted by section
107 Company Law Enforcement Act 2001)
Companies Act 1990 (Form and Content of Documents
Delivered to Registrar) Regulations 2002



3983040

Companies Acts 1963 to 2006

# B1

**Tick box if bond is attached** ☐
note sixteen

**Company number**
420656

Please complete using black typescript or in BOLD CAPITALS, referring to explanatory notes

**Company name**
in full
MDM Oil Limited

**Return made up to**
note one

| Day | Month | Year |
|-----|-------|------|
| 31 | 3 | 2009 |

If the return is made up to a date earlier than the existing ARD, do you wish to retain the anniversary of the existing ARD for the next year? note two

Yes ☒   No ☐

**Financial year**
note three

| | Day | Month | Year | | Day | Month | Year |
|------|-----|-------|------|----|-----|-------|------|
| From | 26 | 11 | 2007 | To | 25 | 11 | 2008 |

The company is claiming the exemption from audit of the financial year covered by the accounts attached to this return ☐

**Registered office**
note four
19 Lower Baggot Street
Dublin 2

14 JUL 2009
COMPANIES REGISTRATION OFFICE

**Other addresses**
note five

Address
(None)

Register(s)/documents held at this address
(None)

**Secretary**

Surname — Doyle
Forename — Tim
note six

Former surname — (None)
Former forename — (None)
note seven

Residential address
note six
46 Leopardstown Drive, Blackrock
Co. Dublin

**Donations for political purposes**
note eight

Name of person or political party to whom donation was made
(None)

Value of donation
(None)

CRO CARLOW  9
14 JUL 2009
RECEIVED

**Presenter details**

Name — FM Auditors, Tax & Business Advisers
Address — Unit 11 Woodview Court, Tandy's Lane
Lucan Co. Dublin

DX number
Telephone number — 01 6217050
Email — gfrisby@fmaccountants.ie

DX exchange
Fax number — 01 6211329
Reference number — FHCO

**Authorised share capital**   note nine

Total

| €1,000.00 |

made up as follows:

| Class | Number of shares | Nominal value per share |
|---|---|---|
| €1.00 Ordinary | 1,000 | €1.00 |
| | | |
| | | |
| | | |
| | | |

**Issued share capital**
(insert nominal values)

Total

| €1,000.00 |

made up as follows:

| | | |
|---|---|---|
| Paid up on shares issued for cash | €1,000.00 | }  The sum of these figures must equal the total issued share capital |
| Considered paid on other shares | €0.00 | |
| Total calls unpaid | €0.00 (E) | |
| Total not yet called | €0.00 (F) | |

Total standing to credit of Capital Conversion Reserve Fund   note ten

| €0.00 |

**Shares issued**

**Consideration - all cash**

| Class | Number of shares | Total nominal value | Total premium paid | Total amount paid |
|---|---|---|---|---|
| €1.00 Ordinary | 1,000 | €1,000.00 | €0.00 | €1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | 1,000 (A) | | | €1,000.00 (C) |

**Consideration - not all cash**

| Class | Number of shares | Total nominal value | Total premium considered paid | Total amount considered paid |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | 0 (B) | | | €0.00 (D) |

**Totals**

Total number of shares issued (A) + (B)

| 1,000 |

This total must agree with the total number of shares held by existing members as stated in the  List of past and present members section of the return.

Total paid and unpaid and considered paid (C) + (D) + (E) + (F)

| €1,000.00 |

**Other share/ debenture details**   note eleven

| (None) |
| |
| |
| |
| |
| |

| List of past and present members |
|---|

Persons holding shares on the date to which the annual return has been made up for   2009      (insert year) and of persons who have held shares therein at any time since the date of the last return, or in the case of the first return,  the date of the incorporation of the company.   note twelve

☐ Tick box if the list of past and present members is submitted on CD.

notes six and thirteen

| | Share class | Numbers held note fourteen | Number transferred & date note fifteen | Particulars of transferee note fifteen |
|---|---|---|---|---|
| Name | Tim Doyle | €1.00 Ordinary | 550 | | |
| Address | 46 Leopardstown Drive, | | | | |
| | Blackrock | | | | |
| | Co. Dublin | | | | |
| Folio no. | 2 | | | | |
| Name | Michael Kehoe | €1.00 Ordinary | 100 | | |
| Address | 4 Luttrellstown Oaks, | | | | |
| | Castleknock | | | | |
| | Dublin 15 | | | | |
| Folio no. | 3 | | | | |
| Name | Lizelle Murray | €1.00 Ordinary | 350 | | |
| Address | 22 Smithfield Village | | | | |
| | Dublin 7 | | | | |
| Folio no. | 1 | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |
| Name | | | | | |
| Address | | | | | |
| Folio no. | | | | | |

Total number held   | 1,000

The total number of shares held must agree with the total number of issued shares given in the Shares issued section (total of (A) plus (B)).

**Directors** including shadow/alternate directors, if any

| Surname | Doyle | Former surname | (None) |
|---|---|---|---|
| Forename note six | Tim | Former forename note seven | (None) |

| | Day | Month | Year |
|---|---|---|---|
| Date of birth | 1 | 3 | 1969 |

Irish resident note sixteen [X]    Alternate Director note seventeen [ ]

Residential address note six: 46 Leopardstown Drive, Blackrock Co. Dublin

Business occupation: Director    Nationality: Irish

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

| Surname | Kehoe | Former surname | (None) |
|---|---|---|---|
| Forename note six | Michael | Former forename note seven | (None) |

| | Day | Month | Year |
|---|---|---|---|
| Date of birth | 26 | 8 | 1968 |

Irish resident note sixteen [X]    Alternate Director note seventeen [ ]

Residential address note six: 4 Luttrellstown Oaks, Castleknock Dublin 15

Business occupation: Director    Nationality: Irish

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| (None) | | |

| Surname | Murray | Former surname | (None) |
|---|---|---|---|
| Forename note six | Lizelle | Former forename note seven | (None) |

| | Day | Month | Year |
|---|---|---|---|
| Date of birth | 5 | 9 | 1972 |

Irish resident note sixteen [X]    Alternate Director note seventeen [ ]

Residential address note six: 22 Smithfield Village Dublin 7

Business occupation: Administrator    Nationality: Irish

Other directorships

| Company note eighteen | Place of incorporation note nineteen | Company number |
|---|---|---|
| QDM Capital Limited | Ireland | 388733 |
| MDM Recruitment Limited | Ireland | 382395 |

**Certification**

We hereby certify that (i) this form has been completed in accordance with the Notes on Completion of Form B1, (ii) contains the particulars in respect of the company as at the date to which the return is made up and that (iii) note twenty

The Company is not a private company. [ ]

The company is a private company and has not since the date of the last annual return (or the date of incorporation if this is the first return) issued any invitation to the public to subscribe for any shares or debentures in the company. [X]

The company is a private company with more than 50 members, the excess of the number of members over 50 consisting wholly of persons who, under section 33 (1) (b) of the Companies Act 1963, are not to be included in reckoning the number of 50. [ ]

Signed _(signature)_ Director    _(signature)_ Secretary

Name in bold capitals or typescript: Lizelle Murray    Tim Doyle