COUNTRY OF IRELAND )
) SS.
COUNTY OF _____ )

## AFFIDAVIT OF TIM DOYLE

The undersigned, TIM DOYLE ("Affiant"), being first duly sworn to oath, hereby deposes and says as follows:

1. Affiant currently resides in the Republic of Ireland.

2. Affiant is the majority shareholder of MDM Oil Limited ("MDM"), an Irish company.

3. MDM was incorporated in Ireland on May 25, 2006

4. Affiant is the majority shareholder of MDM.

5. The Directors of MDM authorized Edward O'Neill ("Edward") to act on MDM's behalf in entering into and collecting monies due to it under a settlement between MDM and United Petroleum Birlesik Petrol, A.S. dated November 28, 2008.

6. The proceeds from aforementioned settlement were to be distributed among the beneficiaries by agreement of the beneficiaries and the agreement was memorialized in a Sub Fee Distribution Agreement dated December 15, 2008 ("Agreement").

7. The Directors of MDM also authorized Edward to act on MDM's behalf to transfer the monies collected under the Agreement to the paymaster named in the Agreement.

8. The Directors of MDM never authorized Edward O'Neill to act in any way that is in contravention of the aforementioned authorizations under the Agreement.

9. The Directors have not and will not ratify the acts of Edward O'Neill that have contravened or will contravene the aforementioned limited authorization to act on behalf of MDM

AND FURTHER AFFIANT SAITH NAUGHT.

_____
Tim Doyle

I do hereby certify that on the ___18th___ day of June, 2010, Tim Doyle personally appeared before me and signed his name to this Affidavit. I have hereto subscribed my name and affixed my seal in _____ County, Republic of Ireland on the date aforesaid.

_____ Notary Public