# ReedSmith

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

Jason P. Matechak
Direct Phone: 202.414.9224
Email: jmatechak@reedsmith.com

February 17, 2009

**CONFIDENTIAL**

**VIA HAND DELIVERY**
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Ave., NW-Annex
Washington, D.C. 20220

    ATTN: **Blocked Funds Application**

Re:    **Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, and other Beneficiaries and Parties at Interest, including Edward O'Neil/MDM Oil Ltd.**

    In accordance with applicable law and regulation, the undersigned counsel hereby submits to the Office of Foreign Assets Control an original and two copies of the enclosed Application for the Release of Blocked Funds on behalf of the primary Applicants PD LLC and GAIA Investment Services LLC. PD LLC, both an Illinois Limited Liability Companies, headquartered in Highland Park Illinois.

    Based on information provided by the Applicants as well as information relayed from the parties whose funds have been blocked, the following background information is provided in support of this Application. As this letter and the other documentation provided contains confidential personal information and proprietary business information, we trust that OFAC will treat this filing with the appropriate level of security and that the information provided herein will only be utilized in support of this Application.

## BACKGROUND

    By way of background, Applicants, are beneficiaries to a transaction lead by MDM OIL Ltd., an Irish Corporation (420656), Mr. Edward O'Neil, an Irish Individual (and possibly EON Oil, Ltd., a separate Irish Corporation (461513)), collectively referred to as "MDM". The transaction at issue is based on a series of agreements by and among GAZPROM and NIB Petroleum as sellers, and United Petroleum/Birlesik Petrol A.S. as buyer, (referenced as NCND/Master Fee Protection Agreements) related to The Purchase and Sales Agreement of D2 Diesel Gost 305-82 for three separate contract quantities whose total was estimated to be 3.8 Million Metric Tons Monthly for 60 Months with rolls and extensions.

    As part of arranging the above referenced agreements, MDM, assisted in structuring the transaction, and relied upon various parties to assist, arrange, negotiate, structure and consult related to

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-101178252.3-JPMATECH 2/17/09 11:37 AM

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 2 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## **CONFIDENTIAL**

the agreements, with the understanding that if MDM should in fact benefit and in fact earn consulting fee income from the above captioned activity, and that MDM, would pay portions of its consulting fees in a timely manner to those parties (other beneficiaries) that had assisted it in achieving consulting fees related to the transactions. These consulting fees were to be paid upon MDM receipt, and were mutually satisfactory to all parties. It was further agreed that the amounts of consulting fees as reflected in a "Sub-Fee" agreement would be received by an independent third party CPA who would act as "Paymaster" and disburse the agreed upon amounts. IFN CPA Ltd, is designated to act as Paymaster.

MDM has given escrow authority and directed that any funds from consulting activities it might receive be sent to IFN CPA Ltd, acting as Paymaster on behalf of MDM and at the direction of MDM said funds to be further kept in such bank and in such account as the Paymaster may determine. Subsequent to giving this escrow authority MDM has authorized for funds to be sent to the account of PD LLC who will then convey them to the "Paymasters" account for further distribution.

In addition, each of the potential beneficiaries recognized that MDM had the authority to pay all expenses and create such reserves for business purposes related to the potential fee earnings that it might receive and that MDM, Gaia Investment Services LLC and PD LLC were further authorized to perform whatever tasks and activities they believe are in the best interests of MDM and all the beneficiaries.

The total of all consulting fees received ultimately by the "Paymaster" on behalf of MDM may be used to pay consulting fees to beneficiaries as previously agreed between MDM and the beneficiaries, with the Paymaster or any bank to be named by the Paymaster, with either MDM, Gaia Investment Services LLC, or PD LLC having the full power of escrow authority in addition to the Paymaster for disbursing funds.

Initially MDM anticipated being paid an estimated $253,200,000US (two hundred and fifty three million) per year for five years or $1,266,000,000 (One billion, two hundred and sixty six million) US over the five year time period. Subsequent to September 20, 2008, the consulting fee agreements between United Petroleum/Birlesik Petrol, A.S, and MDM became the subject of further discussions as to potential discounts on payments due to MDM and its beneficiaries. All parties to the agreements agreed to negotiate to reach a discounted settlement between MDM and United Petroleum/Birlesik Petrol, A.S. On or about November 28, 2008, agreement was reached between all of the negotiating parties and United Petroleum/Birlesik Petrol, A.S., agreed to pay to MDM Petroleum the sum of $300,000,000 (Three Hundred Million) USD before expenses of MDM of all nature including legal, paymaster, investment banking and economic consulting and other accounting and tax reserves related to reaching the settlement. These expenses became the sole responsibility of MDM.

It is now anticipated that MDM will be receiving after the above captioned expenses gross consulting fees of approximately $258,777,000 (two hundred and fifty eight million seven hundred and seventy seven thousand dollars) USD, all of which will be paid directly for the benefit of all the

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 3 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## **CONFIDENTIAL**

beneficiaries, directly or indirectly utilizing the services of the Paymaster Irwin F Noparstak IFN CPA Trust Account #3 at The PrivateBank and Trust Company, Chicago Illinois.

The Paymaster or his designee will distribute money received on behalf of MDM and the beneficiaries for this transaction for expenses, consulting fees, such other expenses as may be determined. MDM and the beneficiaries have further agreed to direct the "Paymaster" to report and provide vendors, governmental authorities and beneficiaries with appropriate 1099 documents for the year 2009 for all tax reporting purposes, and have appointed Irwin F Noparstak CPA and/or his company (The Paymaster), or its assigns to prepare and distribute said 1099's in a timely manner.

## **TRANSACTION INFORMATION**

Based upon available information and belief the initial wire instructions for payment from Commerez Bank for the account of Edward O'Neill/ MDM Oil Ltd, in the amount of $258,777,000 USD were as follows:

Send to:   Bank of America New York

Swift #:   BOFAUS3N

ABA :   026009593

F/O :   THEPRIVATEBANK

A/C :   2241119

FURTHER REF TO THE ACCOUNT OF:   IFN CPA LTD TRUST #3

ACCOUNT NUMBER:   2170380

ABA Routing Number   071006486

Bank Officer   Carolyn Collins 312-683-7113

Additional Statement that must be on the wire: ALL TRANSFER INSTRUCTIONS SHALL STATE: "FUNDS ARE CLEAN AND CLEAR, OF NON-CRIMINAL ORIGIN AND ARE PAYABLE IN CASH IMMEDIATELY UPON RECEIPT BY BENEFICIARY'S BANK

As of February 13, 2009 neither the Paymaster (Irwin Noparstak CPA or his company IFN CPA LTD) nor The Private Bank and Trust Company of Chicago as receiving bank has received the aforementioned

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 4 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

### CONFIDENTIAL

wired funds, nor have they received any notification from the Bank of America as to the whereabouts of the funds.

### APPLICATION FOR RELEASE

In support of this Application for Release, Applicants submit the completed Application for the Release of Blocked Funds along with references to two addenda attached hereto. The addenda provide additional information on the Applicants and the nine beneficiaries of the blocked assets. In addition to contact information, the Applicants also provide additional information about the Applicants and all beneficiaries including: W9 forms, Anti-Money Laundering Certificates, Client Information Forms, Banking Coordinates and an image of the individual's passport. Applicants provide this additional information in order to assist OFAC in any investigation it may be undertaking with respect to the blocked funds.

### CERTIFICATION

The undersigned hereby declare that to the best of their knowledge, the information provided in this Application and any accompanying documentation is truthful and complete.

*[signature]*                          February 13, 2009
PD LLC
Pamela M Cohen, Manager

*[signature]*

Gaia Investment Services LLC             February 13, 2009
Lisa Del Campo
Manager

*[signature]*

MDM Oil Ltd                            February 13, 2009
By Edward O'Neill
General Manager

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 5 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

### **CONFIDENTIAL**

### **REQUEST FOR RELIEF**

Based on the forgoing it is respectfully requested that the aforementioned funds be released. In the alternative, Applicants request that any reasonably servable portion of the aforementioned funds be released. Please contact the undersigned with any questions.

Sincerely,

Jason P. Matechak
Jason I. Poblete

cc: Stewart Dolin, Esq.

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 6 of 17

ReedSmith

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

**CONFIDENTIAL**

### ADDENDUM 1
### Application for Release of Blocked Funds
### Edward O'Neil/MDM Oil Ltd and other Beneficiaries and Parties at Interest.

In support of this Application for Release of Blocked Funds, there is an Applicant and nine Beneficiaries.

**PRIMARY APPLICANT INFORMATION:** As noted above, the primary Applicants are PD LLC and GAIA Investment Services LLC. PD LLC is an Illinois Limited Liability Company, headquartered in Highland Park Illinois. It specializes in consulting work in the energy business. It further acts as consultants to buyers and sellers of commodities such as Oil and Cement and Scrap Metal. Its principal Manager is Mrs. Pamela M Cohen (Adashek) Gaia Investment Services LLC is an Illinois Limited Liability Company, headquartered in Highland Park Illinois. It specializes in consulting work in the energy business. It further acts as consultants to buyers and sellers of commodities such as Oil and Cement and Scrap Metal. Its principal Manager is Mrs. Lisa Del Campo.

| | | |
|---|---|---|
| APPLICANT NAME | : | PD LLC |
| | | BY PAMELA M COHEN, MANAGER |
| | | (PASSPORT 027337066 UNITED STATES) |
| ADDRESS | : | 733 Orleans Drive, Highland Park Illinois 60035 |
| PHONE | : | 847-432-7403 |
| FAX | : | 847-432-7403 |
| E-MAIL | : | KANGRA@AOL.COM |

APPLICANT BACKGROUND:

    FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | US Bank, na |
| BANK ADDRESS | : | 2302 N. Farwell, Milwaukee Wisconsin 53212 |
| ACCOUNT HOLDER | : | PD LLC |
| ACCOUNT NUMBER | : | 182374094221 |
| SWIFT-CODE | : | USBANKUS44MT |
| ABA CODE | : | 075000022 |
| BANK OFFICER | : | James Bloomquist |
| BANK PHONE NUMBER | | 414-765-4400 |

APPLICANT NAME    GAIA INVESTMENT SERVICES LLC

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 7 of 17

ReedSmith

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## **CONFIDENTIAL**

|  |  |
|---|---|
|  | BY LISA DEL CAMPO, MANAGER |
|  | (PASSPORT 436673878 USA) |
| ADDRESS | 733 Orleans Drive, Highland Park Illinois 60035 |
| PHONE | 847-432-7403 |
| FAX | 847-432-7403 |
| E-MAIL | GAIAINVESTMENTSERVICES@GMAIL.COM |

APPLICANT BACKGROUND:

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | US Bank, na |
| BANK ADDRESS | : | 2302 N. Farwell, Milwaukee Wisconsin 53212 |
| ACCOUNT HOLDER | : | GAIA INVESTMENT SERVICES LLC |
| ACCOUNT NUMBER | : | 182356034831 |
| SWIFT-CODE | : | USBKUS44MT |
| ABA CODE | : | 075000022 |
| BANK OFFICER | : | James Bloomquist |
| BANK PHONE NUMBER | : | 414-765-4400 |

## **NOMINAL APPLICANT INFORMATION:**

By Edward O'Neill, Managing Director

| | |
|---|---|
| Passport No.: | PB1824940 |
| Designation: | Republic of Ireland |
| ADDRESS | 156 Saint Attracta Road, Cabra Dublin 7,Republic of Ireland |
| PHONE | 011-35-35-127-2696 |
| FAX | 720-255-2098 |
| E-MAIL | edwardoneill@eircom.net |

Nominal Applicant is an Irish Corporation involved in consulting services for the buying and selling of oil products. Applicant utilizes other consultants in the conduct of its business and reimburses consulting fees to them related to various transactions. In September 2008, applicant ("MDM") in fact caused a transaction to take place and close whereby "D2" oil was sold by Gazprom and its affiliate to United Petroleum et al, a Turkish Corporation. A fee for consulting services was agreed to be paid to

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 8 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## **CONFIDENTIAL**

MDM Oil Ltd by United Petroleum. The original fee was renegotiated (A copy of the final negotiated agreement dated November 28, 2008 is attached to this application)

After expenses of MDM, MDM agreed with consultants related to this transaction that it would pay them consulting fees. It agreed that it would pay one lump sum amount to a "Paymaster" located in Chicago Illinois who would in turn pay the various consultants per instructions and agreements between MDM and other consultants. The "Paymaster" would also file the necessary paper work with The Internal Revenue Service, keep applicable information on all of the beneficiaries and do other such matters as required by the terms of the transaction.

MDM thereby gave instructions and all beneficiaries agreed to have the sums to be disbursed to consultants/beneficiaries be sent from Commerzbank, Frankfurt Germany to a specific trust account of "The Paymaster" at ThePrivateBank and Trust Company, Chicago Illinois. Once received, the Paymaster in turn would disburse funds, per agreed upon terms between MDM and the beneficiaries. The amount of funds to be disbursed is $258,077,000 USD.

## **BENEFICIARIES' INFORMATION**

The Beneficiaries and their addresses and banking information are shown below. Other information about each of the beneficiaries including colored copies of their passports, executed W9 forms, executed anti-laundry affidavits are attached to this application.

| **Beneficiary #1** | **(Republic of Ireland Corporation)** |
|---|---|
| PAYEE NAME | MDM OIL LTD |
| | By Edward O'Neill, General Manager |
| | Passport No.: PB1824940 (For Edward O'Neill) |
| | Designation: Republic of Ireland |
| ADDRESS | 156 Saint Attracta Road, Cabra Dublin 7, Republic of Ireland |
| PHONE | 011-35-35-127-2696 (For Edward O'Neill) |
| FAX | 720-255-2098 (For Edward O'Neill) |
| E-MAIL | edwardoneill@eircom.net |

**FOR FURTHER CREDIT TO:**

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 9 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## CONFIDENTIAL

BANK NAME　　　　　　Permanent TSB
BANK ADDRESS　　　　121 Phibsboro Road, Dublin, 7, Republic of Ireland　ACCOUNT HOLDER　　Edward O'Neill
ACCOUNT NUMBER　　53510811
SWIFT-CODE　　　　　99-06-03
BANK OFFICER　　　　Bess O'Connor
BANK PHONE NUMBER　011 353 1 8301115

---

**Beneficiary #2**　　　　　　**(US Entity Federal Tax #20-4459673)**

| | | |
|---|---|---|
| PAYEE NAME | : | S INFINITE HOLDINGS LLC<br>BY STERLING HARRIS, PRESIDENT<br>(PASSPORT 305494013 USA) |
| ADDRESS | : | 129120 Jennifer Place, Dallas Texas 75243 |
| PHONE | : | 972-849-2633 |
| FAX | : | 214-231-9050 |
| E-MAIL | : | STERLING@INFINITEHOLDINGS.COM |

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | Guaranty Bank |
| BANK ADDRESS | : | 2219 S. Washington St Kaufman, TX 75142 |
| ACCOUNT HOLDER | : | S. Infinite Holdings, LLC |
| ACCOUNT NUMBER | : | Account Number: 3805140310<br>Routing Number: 314970664 |
| SWIFT-CODE | : | IRVTUS3N |
| ABA CODE | : | 021000018 |
| BANK OFFICER | : | Jamie Running |
| BANK PHONE NUMBER | : | 972-932-2100 |
| BANK FAX | : | 972-932-8434 |

---

**Beneficiary #3**　　　　　　**(US Entity Federal Tax # 26-1923091)**

PAYEE NAME　　　　　GAIA INVESTMENT SERVICES LLC

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 10 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## CONFIDENTIAL

|  |  |
|---|---|
|  | BY LISA DEL CAMPO, MANAGER |
|  | (PASSPORT 436673878 USA) |
| ADDRESS | 733 Orleans Drive, Highland Park Illinois 60035 |
| PHONE | 847-432-7403 |
| FAX | 847-432-7403 |
| E-MAIL | GAIAINVESTMENTSERVICES@GMAIL.COM |

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | US Bank, na |
| BANK ADDRESS | : | 2302 N. Farwell, Milwaukee Wisconsin 53212 |
| ACCOUNT HOLDER | : | GAIA INVESTMENT SERVICES LLC |
| ACCOUNT NUMBER | : | 182356034831 |
| SWIFT-CODE | : | USBKUS44MT |
| ABA CODE | : | 075000022 |
| BANK OFFICER | : | James Bloomquist |
| BANK PHONE NUMBER | : | 414-765-4400 |

---

**Beneficiary #4**    **(US Entity Federal Tax # 26-0150139)**

| | | |
|---|---|---|
| PAYEE NAME | : | LONDON FINANCIAL CAPITAL,LLC |
|  |  | BY DOUGLAS SCHULMAN, MANAGING   DIRECTOR |
|  |  | (PASSPORT 134253860 USA) |
| ADDRESS | : | 8194 Robertson Drive, Frisco Texas |
| PHONE | : | 972-464-7288 |
| FAX | : | 800-929-8021 |
| E-MAIL | : | Douglas@londonfi.com |

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | Capital One Bank |
| BANK ADDRESS | : | 7330 Gaylord Parkway, Frisco, TX 75034 |
| ACCOUNT HOLDER | : | London Financial Capital, LLC |
| ACCOUNT NUMBER | : | 3620524696 |
| SWIFT-CODE | : | HIBKUS44 |
| ABA CODE | : | 111901014 |

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 11 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## CONFIDENTIAL

| | | |
|---|---|---|
| BANK OFFICER | : | Tim Connell |
| BANK PHONE NUMBER | : | 972.364.6210 |

**Beneficiary #5**  (US Entity Federal Tax # 26-0150139)

| | | |
|---|---|---|
| PAYEE name : | | London Financial Capital, LLC |
| | | BY James Hunter Hebert |
| ADDRESS | : | (Passport 300624840 USA) 4444 Jordan Drive, Grand Blanc, Michigan |
| PHONE | : | 248-807-8767 |
| FAX | : | 810-519-1779 |
| E-MAIL | : | Hunter@londonfi.com |

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | Capital One Bank |
| BANK ADDRESS | : | 7330 Gaylord Parkway, Frisco, TX 75034 |
| ACCOUNT HOLDER | : | London Financial Capital, LLC |
| ACCOUNT NUMBER | : | 3620524696 |
| SWIFT-CODE | : | HIBKUS44 |
| ABA CODE | : | 111901014 |
| BANK OFFICER | : | Tim Connell |
| BANK PHONE NUMBER | : | 972.364.6210 |

**Beneficiary #6**  (Republic of Ireland Citizen)

| | | |
|---|---|---|
| PAYEE name : | | Tim Doyle |
| | | (Passport P196296 Republic of Ireland) |
| ADDRESS | : | 19 Lower Baggot Street, Dublin 2, The Republic of Ireland |
| PASSPORT # | : | P196296 |
| PHONE | : | 011-35-35-127-2696 |
| FAX | : | 001-720-255-2097 |
| E-mAIL | : | TimDoyle@mdmrecruitment.com |

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 12 of 17

ReedSmith

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

**CONFIDENTIAL**

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | Ulster Bank |
| BANK ADDRESS | : | College Green, Dublin 2, Republic of Ireland |
| ACCOUNT HOLDER | : | Tim Doyle |
| ACCOUNT NUMBER IBAN | : | IE21ULSB98501060451036 |
| SWIFT-CODE | : | ULSBIE2D |
| BANK OFFICER | : | MARK GOLDEN |
| BANK PHONE NUMBER | : | 011-353-1-6084000 |

---

**Beneficiary #7**           **(Great Britain Entity Company # 06087919)**

| | | |
|---|---|---|
| PAYEE NAME | | RULUX Limited<br>By Matthew Hinds CEO<br>(Passport 094629805 Great Britain) |
| ADDRESS | : | Stanley House, 49 Dartford Road,<br>Seven Oaks, Kent TN13 3TE |
| Passport # | : | 094629805 United Kingdom |
| PHONE | : | Office: 0044 1732 451 357 |
| Fax: | | 0044 1732 451 357 |
| Mobile: | | 0044 77 11 633 754 |
| E-Mail: | | mhinds99@yahoo.com, |

www.ruluxlimited.com

| Beneficiary Name/Address | RULUX LIMITED |
|---|---|
| Represented By | Mr Matthew Hinds |
| Title | CEO |
| Passport Number | 094629805 |
| Nationality | BRITISH |
| Correspondence Bank | UBS AG, STAMFORD BRANCH |

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 13 of 17

ReedSmith

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## CONFIDENTIAL

| For Account | 101-WA-388904-000 |
|---|---|
| SWIFT | UBSWUS33 |
| Pay to Bank | EFG BANK ZURICH, Bahnhofstrasse 16 |
| Account No. | 512372.120.7 |
| Beneficiary | 512372 |
| ABA Code | |
| IBAN | CH11 0866 7005 1237 2120 7 |
| Bank Officer | Ms Iva Stehli |

---

**Beneficiary #8**  **(US Entity Federal Tax # 43-1961127)**

PAYEE NAME      :       Joseph Unlimited LLC
                        Orvalee Farris, Director
                        (Passport 104573426 USA)

PHONE           :       (503) 777-2223
FAX             :       (503) 771-7893
E-mAIL          :    orvalee@yahoo.com    ADMIN@GIASTARR.COM

FOR FURTHER CREDIT TO:

| Beneficiary Name | Joseph Unlimited LLC<br>Orvalee Farris |
|---|---|
| Bank Name | Wells Fargo Bank na |
| Bank Address | Woodstock in-store, 4515 S.E. Woodstock Blvd, Portland Oregon 97206 |
| Account No. | 185-0503010 |
| Account Name | Joseph Unlimited LLC |
| SWIFT | WFB1US65<br>Incoming Route 121000248 |
| Bank Officer | |
| Bank Telephone/Fax | 503-788-0053 |
| Routing Number | 503-788-1651 |

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 14 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

**CONFIDENTIAL**

| | | |
|---|---|---|
| **Beneficiary #9** | | **(US Entity Federal Tax # 26-1611850)** |
| PAYEE NAME | : | PD LLC<br>BY PAMELA M COHEN, MANAGER<br>(PASSPORT 027337066 UNITED STATES) |
| ADDRESS | : | 733 Orleans Drive, Highland Park Illinois 60035 |
| PHONE | : | 847-432-7403 |
| FAX | : | 847-432-7403 |
| E-MAIL | : | KANGRA@AOL.COM |

FOR FURTHER CREDIT TO:

| | | |
|---|---|---|
| BANK NAME | : | US Bank, na |
| BANK ADDRESS | : | 2302 N. Farwell, Milwaukee Wisconsin 53212 |
| ACCOUNT HOLDER | : | PD LLC |
| ACCOUNT NUMBER | : | 182374094221 |
| SWIFT-CODE | : | USBANKUS44MT |
| ABA CODE | : | 075000022 |
| BANK OFFICER | : | James Bloomquist |
| BANK PHONE NUMBER | | 414-765-4400 |

---

**PAYMASTER INFORMATION**

| | |
|---|---|
| Company Name | IFN CPA Ltt |
| | Irwin Frank Noparstak CPA |
| Passport Number: | 429360932    USA |
| Date of Issue of the Passport: | 17 August 2007 |
| Expiry Date of the Passport: | 16 August 2017 |

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 15 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## **CONFIDENTIAL**

| | |
|---|---|
| Email Address: | IFNCPA@yahoo.com |
| Mobile Phone: | 312-953-4651 |
| | |
| Business Company Name | IFN CPA LTD |
| Registered Office: | 180 N. Michigan Avenue #908 |
| Business Address/Mail Delivery: | 180 N. Michigan Avenue #908 |
| | Chicago Illinois 60035 |
| Business Telephone Number: | 312-263-4551 |
| Business Fax Number: | 312-263-7188 |
| Email Address: | ifncpaltd@gmail.com |
| Bank for Foreign US$ Wires | Bank of America, New York |
| Swift Code | BOFAUS3N |
| ABA # | 026009593 |
| F/O | The PrivateBank and Trust Company |
| | 70 W. Madison, Suite 200, Chicago, IL 60602 |
| Account # | 2241119 |
| | |
| For Further Credit to: | |
| Account Name | IFNCPA #3 Trust Account |
| | |
| Account Number | 2170380 |
| ABA Routing | 071006486 |
| Bank Officer | Ms. Carolyn Collins |
| Telephone Number | 312-683-7113 |
| Facsimile Number | 312-629-2710 |

**END OF ADDENDUM 1**

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 16 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

<u>**CONFIDENTIAL**</u>

### ADDENDUM 2
### Application for Release of Blocked Funds
### <u>Edward O'Neil/MDM Oil Ltd and other Beneficiaries and Parties at Interest.</u>

<u>**INFORMATION RELATED TO BLOCKED FUNDS (FROM APPLICATION FORM QUESTION, PAGE 1)**</u>

Applicant has no knowledge of who or how the funds were blocked initially. Edward O'Neill, Manager of MDM Oil Ltd (one of applicant beneficiaries) has stated that after conversations with Mr. Moses Bierwitz of Department of Treasury in late December 2008, he sent the following letter via e-mail to Mr. Moses Bierwitz at The Department of Treasury blocking funds. (Reproduced below is the PDF copy)

"30th December 2008

FROM:
RE: EDWARD O'NEILL
MDM OIL LTD
19 LOWER BAGGOT STREET
DUBLIN 2.

TO: UNITED STATES DEPARTMENT OF THE TREASURY
WASHINGTON D.C
DEPARTMENT OF FOREIGN ASSETS CONTROL

SWIF NUMBERS: CZ 1054416 EI
CZ 200969156 EI
BOACZ 1916

Dear Sirs

I refer to the above noted and my call to your office.

Please note that until further notice directly from myself I would be grateful if you could block any movements of these funds. I confirm the only person with authority to move this funds is myself and written and verbal communications must be received by your office along with a notarised copy of my passport for movement.
I further confirm that Stewart Dolin , Attorney at Law , from the firm of Reed Smithin Chicago is representing my firm in this matter.

Kind Regards
Edward O'Neill
MDM Oil Ltd
Tel: 011 353 85 1272696
011 353 1 6345050"

Office of Foreign Assets Control
U.S. Department of the Treasury
February 17, 2009
Page 17 of 17

**ReedSmith**

Application for Release of Blocked Funds
PD LLC, Gaia Investment Services, LLC, et al

## CONFIDENTIAL

### INFORMATION RELATED TO BENEFICIARY FINANCIAL INSTITUTION NAME AND ADDRESS (FROM APPLICATION FORM QUESTION PAGE 1)

Funds were initially designated to come from CommerzBank AG to the Paymasters account at ThePrivateBank and Trust Company through The Bank of America, New York. When funds did not arrive at ThePrivateBank and Trust Company, Edward O'Neill contacted Mr Moses Bierwitz of The Department of Treasury who subsequently indicated to Edward O'Neill that the funds had been located and had somehow been routed to an account at The Bank of America branch in Taipei. Concerns arose in Mr. O'Neills mind as to the safety of having the funds go through The Bank of America again, and Mr. Edward O'Neill issued instructions to have funds sent directly to one of the beneficiaries accounts as follows.

| | | |
|---|---|---|
| PAYEE NAME | : | PD LLC<br>BY PAMELA M COHEN, MANAGER<br>(PASSPORT 027337066 UNITED STATES) |
| ADDRESS | : | 733 Orleans Drive, Highland Park Illinois 60035 |
| PHONE | : | 847-432-7403 |
| FAX | : | 847-432-7403 |
| E-MAIL | : | KANGRA@AOL.COM |

<u>FOR FURTHER CREDIT TO:</u>

| | | |
|---|---|---|
| BANK NAME | : | US Bank, na |
| BANK ADDRESS | : | 2302 N. Farwell, Milwaukee Wisconsin 53212 |
| ACCOUNT HOLDER | : | PD LLC |
| ACCOUNT NUMBER | : | 182374094221 |
| SWIFT-CODE | : | USBANKUS44MT |
| ABA CODE | : | 075000022 |
| BANK OFFICER | : | James Bloomquist |
| BANK PHONE NUMBER | | 414-765-4400 |

**End of Addendum 2**