

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

March 13, 2009

Jason P. Matechak, Esq.
Reed Smith LLP
1301 K Street, N.W.
   Suite 1100 – East Tower
Washington, DC 20005-3373

Dear Mr. Matechak:

This responds to your letter dated March 10, 2009, and memorializes our telephone discussion earlier today.

The Office of Foreign Assets Control ("OFAC") of the Department of the Treasury does not have any employees named Moses Bierwitz, Thomas Greenbaugh, Thomas Hinchon, or Thomas Hinfinger, and OFAC does not have a record of ever blocking the $256,777,000 transaction described in your letter. From the materials you have provided with your correspondence, I see no reason why the funds at issue would be subject to OFAC's jurisdiction. I believe your clients have been misled.

Please feel free to call me at (202) 622-2410 with any further questions or concerns specific to OFAC.

Sincerely,

Sean M. Thornton
Chief Counsel (Foreign Assets Control)
Office of the General Counsel

cc:   Richard K. Delmar, Esq.
      Counsel to the Inspector General
      Department of the Treasury