*MANUS BUTTERLY AND CO- PERSONAL TAXATION CONSULTANT*
*33 CASTLE AVENUE, SWORDS, CO DUBLIN*
*Tel : 087 9944923*

26 May 2009

**Re: Mr Edward O Neill**
**156 St Attractas Road, Cabra, Dublin 7**

Dear Sirs,

Please note I look after the taxation affairs of Mr Edward O Neill.

In this regard I confirm Mr O Neill's taxation affairs are fully up to date.

I attach a personal financial based upon recent information advised by Mr O Neill

If you have any queries please ring me.

Kind regards

Manus Butterly
**Associate of the Irish Taxation Institute**

**TAIN (Taxation Advisers Identification Number 26538R)**

# Personal Financial Statement of
Edward O'Neill
20/09/1969
26/05/2009

| Assets | Amount in Dollars |
|---|---|
| Cash - cheque accounts | 221,334 |
| Cash - savings accounts | 150,000 |
| Certificates of deposit | 20,000 |
| Securities - stocks / bonds / mutual funds | 120,000 |
| *Notes & contracts receivable | 256,777,000 |
| Life insurance (cash surrender value) | 1,500,000 |
| Personal property (autos, jewellery, etc.) | 100,000 |
| Retirement Funds (eg. IRAs, 401k) | 2,150,000 |
| Property (market value) | 600,000 |
| Army pension | 43,000 |
| Other assets (specify) | - |
| **Total Assets** | **$261,681,334** |

| Liabilities | Amount in Dollars |
|---|---|
| Current Debt (Credit cards, Accounts) | $12,000 |
| Property Tax | 9,870 |
| Taxes payable | 4,589 |
| Home Mortgage | 220,000 |
| Corporation tax | 22,000 |
| Other liabilities (specify) | - |
| **Total Liabilities** | **$268,459** |

**Net Worth**     $261,412,875

**Notes on Preparation**

**Note:** You may want to print this information to use as reference later. To delete these instructions, click the border of this text box and then press the DELETE key.

Many financial institutions will require information about your personal financial data. This spreadsheet will help you prepare a personal financial statement.

Your personal financial statement should show only your personally held assets and liabilities (debts) outside the business. Do not include any business assets or liabilities.
Page 2 of the spreadsheet allows you to give the details behind the numbers on the balance sheet.
If you present this financial statement to a potential lender or investor, be sure to sign and date it in the space provided. The signature is your pledge that the statement is complete and accurate to the best of your knowledge.

Step 1: Prepare a list of all assets owned whether they are paid for or not. Enter the amount you would receive by selling the asset for cash.

Step 2: Prepare a list of liabilities (money you owe).

Step 3: Net worth = Total Assets - Total Liabilities

*PRIVATE & CONFIDENTIAL*

* per information outlined in letter from Reed Smith

Signature: _[signature]_    Date: 26/05/2009

# Personal Finance Statement of:
Edward O'Neill

## Details
156 St Attracta Road
Cabra, Dublin 7, Republic Of Ireland

### 1. ASSETS - Details

#### Notes and Contracts held

| From Whom Owing | Balance Owing | Original Amount | Original Date | Monthly Payment | Maturity Date | History / Purpose |
|---|---|---|---|---|---|---|
| | $ - | $ - | | $ - | | |
| Home Mortgage | 220,000 | 65,000 | 1997 | 1,034 | 2019 | Home Purchase |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

#### Securities: stocks / bonds / mutual funds

| Name of Security | Number of Shares | Cost | Market Value | Date of Acquisition |
|---|---|---|---|---|
| | | $ - | $ - | |
| PRSA | 2000 | 40,000 | 120,000 | 1/1/1999 |
| | | | | |
| | | | | |
| | | | | |

#### Stock in Privately Held Companies

| Company Name | No of shares | £ Invested | Est. Market Value |
|---|---|---|---|
| None | | $ - | $ - |
| None | | | |
| None | | | |
| None | | | |

#### Property

| Description / Location | Market Value | Amount Owing | Original Cost | Purchase Date |
|---|---|---|---|---|
| Home Mortgage | $ 350,000.00 | $ 220,000.00 | $ 69,000.00 | 11/6/1998 |
| Overseas Property Thailand | 400,000 | 20,000 | 90,000 | 23/2/2003 |
| Overseas Property Montanna | 220,000 | - | 112,000 | 11/1/2000 |
| | | | | |
| | | | | |

### 2. LIABILITIES - Details

#### Credit Card & Charge Card Debt

| Name of Card / Creditor | Amount Due |
|---|---|
| Allied Irish Bank | $ 12,000.00 |
| MBNA | $ 5,400 |
| Chargecard (Store) | 1,234 |
| | |

#### Notes Payable (excluding monthly bills)

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| | $ - | $ - | $ - | | |
| Permanment TSB | 220,000 | 69,000 | 1,034 | 1.25% | none |
| Permanment TSB | 265,000 | 20,000 | 620 | 1.15% | none |
| Permanment TSB | 15,000 | 50,000 | 250 | 1.75% | none |
| | | | | | |

#### Mortgage / property Loans Payable

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| Permanment TSB | $ 220,000.00 | $ 69,000.00 | $ 1,034.00 | 1.25% | none |
| Thailand Property | 265,000 | 20,000 | 620 | 1.15% | none |
| Persoanl Loan | 15,000 | 50,000 | 250 | 1.75% | none |
| | | | | | |

*MANUS BUTTERLY AND CO- PERSONAL TAXATION CONSULTANT*
*33 CASTLE AVENUE, SWORDS, CO DUBLIN*
*Tel : 087 9944923*

27 May 2009

**Re: Mr Edward O Neill**
**156 St Attractas Road, Cabra, Dublin 7**

Dear Sirs,

Please note I look after the taxation affairs of Mr Edward O Neill.

In this regard I confirm Mr O Neill's taxation affairs are fully up to date.

I attach a personal financial based upon recent information advised by Mr O Neill

If you have any queries please ring me.

Kind regards

Manus Butterly
**Associate of the Irish Taxation Institute**

**TAIN (Taxation Advisers Identification Number 26538R)**

**Personal Financial Statement of:**
Edward O'Neill
27/05/2009
20/09/1969

| Assets | Amount in Dollars |
|---|---|
| Cash - cheque accounts | 221,334 |
| Cash - savings accounts | 150,000 |
| Certificates of deposit | 20,000 |
| Securities - stocks / bonds / mutual funds | 120,000 |
| *Notes & contracts receivable | 25,677,700 |
| Life insurance (cash surrender value) | 1,500,000 |
| Personal property (autos, jewellery, etc.) | 100,000 |
| Retirement Funds (eg. IRAs, 401k) | 2,150,000 |
| Property (market value) | 600,000 |
| Army pension | 43,000 |
| Other assets (specify) | - |
| **Total Assets** | **$30,582,034** |

| Liabilities | Amount in Dollars |
|---|---|
| Current Debt (Credit cards, Accounts) | $12,000 |
| Property Tax | 9,870 |
| Taxes payable | 4,589 |
| Home Mortgage | 220,000 |
| Corporation tax | 22,000 |
| Other liabilities (specify) | - |
| **Total Liabilities** | **$268,459** |

**Net Worth**  $30,313,575

> **Notes on Preparation**
>
> Note: You may want to print this information to use as reference later. To delete these instructions, click the border of this text box and then press the DELETE key.
>
> Many financial institutions will require information about your personal financial data. This spreadsheet will help you prepare a personal financial statement.
>
> Your personal financial statement should show only your personally held assets and liabilities (debts) outside the business. Do not include any business assets or liabilities.
> Page 2 of the spreadsheet allows you to give the details behind the numbers on the balance sheet.
> If you present this financial statement to a potential lender or investor, be sure to sign and date it in the space provided. The signature is your pledge that the statement is complete and accurate to the best of your knowledge.
>
> Step 1: Prepare a list of all assets owned whether they are paid for or not. Enter the amount you would receive by selling the asset for cash.
>
> Step 2: Prepare a list of liabilities (money you owe).
>
> Step 3: Net worth = Total Assets - Total Liabilities

* per information outlined in letter from Reed Smith

Signature: _[signed]_   Date: 27/05/2009

## Personal Finance Statement of:
Edward O'Neill

### Details
156 St Attracta Road
Cabra, Dublin 7, Republic Of Ireland

### 1. ASSETS - Details

#### Notes and Contracts held

| From Whom Owing | Balance Owing | Original Amount | Original Date | Monthly Payment | Maturity Date | History / Purpose |
|---|---|---|---|---|---|---|
| | $ - | $ - | | $ - | | |
| Home Mortgage | 220,000 | 65,000 | 1997 | 1,034 | 2019 | Home Purchase |
| | | | | | | |
| | | | | | | |
| | | | | | | |

#### Securities: stocks / bonds / mutual funds

| Name of Security | Number of Shares | Cost | Market Value | Date of Acquisition |
|---|---|---|---|---|
| | | $ - | $ - | |
| PRSA | 2000 | 40,000 | 120,000 | 1/1/1999 |
| | | | | |
| | | | | |
| | | | | |

#### Stock in Privately Held Companies

| Company Name | No. of shares | £ Invested | Est. Market Value |
|---|---|---|---|
| None | | $ - | $ - |
| None | | | |
| None | | | |
| None | | | |

#### Property

| Description / Location | Market Value | Amount Owing | Original Cost | Purchase Date |
|---|---|---|---|---|
| Home Mortgage | $ 350,000.00 | $ 220,000.00 | $ 69,000.00 | 11/6/1998 |
| Overseas Property Thailand | 400,000 | 20,000 | 90,000 | 23/2/2003 |
| Overseas Property Montanna | 220,000 | - | 112,000 | 11/1/2000 |
| | | | | |
| | | | | |

### 2. LIABILITIES - Details

#### Credit Card & Charge Card Debt

| Name of Card / Creditor | Amount Due |
|---|---|
| Allied Irish Bank | $ 12,000.00 |
| MBNA | $ 5,400 |
| Chargecard (Store) | 1,234 |
| | |

#### Notes Payable (excluding monthly bills)

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| | $ - | $ - | $ - | | |
| Permanment TSB | 220,000 | 69,000 | 1,034 | 1.25% | none |
| Permanment TSB | 265,000 | 20,000 | 620 | 1.15% | none |
| Permanment TSB | 15,000 | 50,000 | 250 | 1.75% | none |
| | | | | | |

#### Mortgage / property Loans Payable

| Name of Creditor | Amount Owing | Original Amount | Monthly Payment | Interest Rate | Secured by (Leine) |
|---|---|---|---|---|---|
| Permanment TSB | $ 220,000.00 | $ 69,000 | $ 1,034.00 | 1.25% | none |
| Thailand Property | 265,000 | 20,000 | 620 | 1.15% | none |
| Persoanl Loan | 15,000 | 50,000 | 250 | 1.75% | none |
| | | | | | |