I wish you all the best of luck and hope you all spend the money wisely. The share that was mine can go to a reputable charity. Matt you can deal with the bank directly and get yours. You should have the full details of the bank that actually has the money in the next hour or so. For the record, PKB never had the money. I became aware some times ago that important and confidential information i was giving to certain people was being repeated despite my express wishes that it not be ... Adopting the classic military tactic of disinformation I fed certain individuals information I knew to be incorrect and discovered last night who in fact had been giving the information. However despite this I wish you and your families all the health and happiness and sincerely hope that you find safety and security in these funds. They have been nothing but bad luck and a cause of severe stress for me.

I am now going to enjoy the sun on the top deck of this rather large and luxurious ferry.


Kind Regards
----- Original Message -----
**From:** Skipper, Walter J.
**To:** Edward O'Neill
**Cc:** Lisa Del Campo ; kangra@aol.com ; Sterling Harris ; doug@briverholdings.com ; Orvalee Farris ; Matt Hinds
**Sent:** Thursday, April 15, 2010 10:53 PM
**Subject:** RE: Gaia Investment Services

Thanks for your response

Fortunately courts can help sort out these types of disputes. Please send the wiring numbers for your transfer tomorrow . We will start following with the banks and the appropriate authorities directly.

Cheers

Walt


**From:** Edward O'Neill [mailto:edward@eonoil.com]
**Sent:** Thursday, April 15, 2010 4:28 PM
**To:** Skipper, Walter J.
**Cc:** Lisa Del Campo; kangra@aol.com; Sterling Harris; doug@briverholdings.com; Orvalee Farris; Matt Hinds
**Subject:** Fw: Gaia Investment Services

Walter,

You see I told you I would get back to you with a reply that would literally leave you speechless.

Walter, Im travelling and due to an inconvenient volcano in iceland Im actually stuck away from home for another night. This upsets me because I dont like to be away from my wife and kids and lately because of this whole fucked up situation I have been away a little too often.

Im a simple irishman with simple tastes and I dont at the moment live any kind of extravant liftstyle maninly due to a lack of income to support such a lifestyle. However I do believe in karma and in ireland there are several old sayings that I do firmly believe in. The main one is;

1) What's meant for you will never pass you !.....

You see Walter, i dont think this money is meant for me... All its brought me so far is stress, worry, headaches, severe ones at that, nosebleeds, 9 hour nosebleeds and arguments with my wife due to the

amount of time I have spent away from home from her and my kids. In short, the Karma hasnt been good with this deal from day one.

Your letter addressed to my friend, whom Im with by the way, will not cause him anxiety but it does me because for the last 14 months he has for no financial gain tried to help us all out... All he has got in return is grief himself and he doesnt deserve it because he is a good friend and an honourable man.

Accordingly Walter this is what I have done.. Im sitting here with my friend by the way, he is drinking a pepsi, as he doesnt drink, and Im having my first beer of the day. I have sent the money back to the states following receipt of your letter. The funds should in arrive in Treasury by 12 noon tomorrow US time whereby then they will be placed in the entire pool of confiscated funds etc that the feds operate. I want nothing more to do with it. I dont want the damm money because its not brought me any luck at all. This fund is operated in conjunction with the DHS/FBI/TREASURY. Funds that are confiscated from people on watch lists etc are also placed there so this information will help you track it down easier. Everybody in the states will have to hire their own laweyers and fight the feds through court to collect them. As I havent received any benefical income from them I can never be accussed of stealing them which was what your letter intimated. David & Lisa are welcome to bring any lawsuit against me they wish. I will provide truthful statements of my income and bank accounts as directed by the irish courts. if you manage to get the money from the Feds, then the best of luck. I hope it brings all of you happiness and health. As Im also telling you where the funds will be my obligations are now considered legally fulfilled. You can donate my share when you get it to a worthwile charity.

Walter, I dont react well to Threats. Using words to me like " At your peril" dont elicit a very good reaction from me . In fact the reaction is generally quite negative. I will also let you in on a little secret. While I have been accused of many things in my time on this earth, which between us and the walls, most of them are true. I have never been accussed of being a liar, cheat or thief.

So in conclusion, Im going to wish you all the best . As the beatles song went " Money cant buy me love".... Thats quite true and its actually taken your letter to prove this to me. Your DHL letter will be returned to sender. Please dont anyone ever ring me again or make any attempt to contact me again.. Good luck with the feds and I hope you spend your money wisely. I have some deals myself that are about to pay so my own financial situation will be improving over the next few weeks. Nobody will for the record ever find Superspy. Thanks to Uncle Sam he is Fluent in 9 different languages and operates under I think 8+ different identities, all with perfect passports, credit cards, property, Social security numbers etc....

Walter, I told you I would leave you speechless.

All the best

Ed


----- Original Message -----
From: Skipper, Walter J.
To: edward@eonoil.com ; edwardoneill@eircom.net ; EdwardOneill@gmail.com
Cc: Skipper, Walter J. ; Desmond.Doherty@talk21.com ; grimreaper0253@yahoo.co.uk
Sent: Thursday, April 15, 2010 7:33 PM
Subject: Gaia Investment Services


Dear Ed:

Please find attached a letter we are sending on behalf of Lisa Del Campo. We will also be sending the original to you via DHL Express mail.