

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **CJN, LLC,**<br>**An Illinois Limited Liability Company** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 1:10-cv-03863** |
| v. | ) ) | |
| **Edward O'Neill,** | ) | **Hon. James B. Zagel** |
| **A Citizen of the Republic of Ireland, and** | ) | |
| **Sandra O'Neill,** | ) | **Hon. Sidney I. Schenkier** |
| **A Citizen of the Republic of Ireland,** | ) ) | |
| **Defendants.** | ) | |

### PARTIAL DEFAULT JUDGMENT ORDER

The Defendants, Edward O'Neill and Sandra O'Neill, having failed to answer, appear,

plead, or otherwise defend in this action, and default having been entered on August 9, 2010, and

counsel for plaintiff having requested judgment against the defaulted defendants as to Count III

of the Complaint and having filed a proper motion and affidavit in accordance with Federal Rule

of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff, CJN, LLC, and against defendants,

Edward O'Neill and Sandra O'Neill, as follows:

Damages: $139,771,200.00; and

Prejudgment Interest: $11,583,777.42

Total judgment amount: $151,354,977.42.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 24th day of August , 2010.

JAMES B. ZAGEL
U.S. DISTRICT JUDGE